UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MATTHEW WRIGHT,

            Plaintiff,

   v.

STATE OF WASHINGTON, *et al.*,

            Defendants.

Case No. C25-416-JNW-MLP

MINUTE ORDER

       The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

       Before this Court is Plaintiff Matthew Wright's Motion for Leave to File an Amended and Supplemental Complaint. (Dkt. # 29.) Defendants did not file a response. Because this Court has already granted leave to amend pleadings through November 1, 2025, as specified in the Pretrial Scheduling Order (dkt. # 11), Plaintiff's Motion (dkt. # 29) is STRICKEN as moot. The Clerk is directed to send copies of this Order to the parties and to the Honorable Jamal N. Whitehead.

//

//

MINUTE ORDER - 1

Dated this <u>16th</u> day of October, 2025.

<u>Ravi Subramanian</u>
Clerk of Court

By: <u>Tim Farrell</u>
Deputy Clerk

MINUTE ORDER - 2