UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MATTHEW WRIGHT,

                Plaintiff,

    v.

STATE OF WASHINGTON, *et al.*,

                Defendants.

Case No. C25-416-JNW-MLP

ORDER DENYING MOTION FOR RECONSIDERATION

Before the Court is Plaintiff Matthew Wright's Motion for Reconsideration. (Dkt. # 51.) The Local Rules of this district indicate that such motions are disfavored and will be granted only upon a "showing of manifest error in the prior ruling" or "new facts or legal authority which could not have been brought to [the Court's] attention earlier with reasonable diligence." W.D. Wash. LCR 7(h)(1). Plaintiff has not met this standard. Accordingly, the Motion is DENIED. (Dkt. # 51.)

Dated this <u>12th</u> day of February, 2026.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER DENYING MOTION FOR
RECONSIDERATION - 1