UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MATTHEW WRIGHT,

           Plaintiff,

    v.

STATE OF WASHINGTON, *et al.*,

           Defendants.

Case No. C25-416-JNW-MLP

ORDER

This matter is before the Court on Plaintiffs' Telephonic Motion (dkt. # 48) concerning certain outstanding Requests for Production ("RFPs"), for which the Court held status hearings on February 13, 2026, and February 27, 2026 (*see* dkt. ## 53, 55). Having considered the parties' letter briefs (dkt. ## 49, 50) and the arguments presented at the status hearings, and for the reasons stated on the record, the Court GRANTS in part Plaintiffs' Telephonic Motion (dkt. # 48) and ORDERS as follows:

(1)    A status hearing is set for **March 13, 2026**, at 11:00 a.m. regarding Defendants' production of calendars responsive to RFP No. 6 and Defendants' production of Alia Moore's quality reports responsive to RFP No. 7;

ORDER - 1

(2)    Defendant Nakisha Hughs' deposition shall take place on **March 16, 2026**, and may be continued only by agreement of both parties;

(3)    The parties shall meet and confer regarding Fed. R. Civ. P. 30(b)(6) deposition dates and topics and report agreed-upon dates and topics to the Court at the March 13, 2026 status hearing;

(4)    The scheduling order is amended as follows:

    a.    Expert Witness Disclosures/Reports under FRCP 26(a)(2) are due by **May 14, 2026**;

    b.    Discovery motions are due by **May 29, 2026**;

    c.    Rebuttal Expert Disclosures/Reports due by **June 12, 2026**;

    d.    Discovery completed by **June 29, 2026**;

    e.    Dispositive motions are due by **July 29, 2026**; and

(5)    The Clerk is directed to send copies of this order to the parties and to the Honorable Jamal N. Whitehead.

Dated this 27th day of February, 2026.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2