UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MATTHEW WRIGHT,

          Plaintiff,

  v.

STATE OF WASHINGTON, *et al.*,

          Defendants.

Case No. C25-416-JNW-MLP

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

The Court conducted a status hearing on March 13, 2026, at 11:00 a.m. (dkt. # 56) and, for reasons stated on the record, ORDERS as follows: (1) Defendants shall provide Plaintiff with the quality report of Alia Moore and color copies of Carol Smith's notes on or before **March 20, 2026**; and (2) Defendants shall ensure that Plaintiff is able to download and view the relevant portions of Nakisha Hugh's calendar by the close of business **today**.

Dated this 13th day of March, 2026.

Joshua C. Lewis
Clerk of Court

By: Tim Farrell
    Deputy Clerk

MINUTE ORDER - 1