UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATTHEW WRIGHT,<br>Plaintiff,<br>v.<br>STATE OF WASHINGTON, *et al.*,<br>Defendants. | Case No. C25-416-JNW-MLP<br><br>ORDER |

This matter is before the Court on Plaintiff's motion for leave to file an overlength response brief. Having reviewed the motion and the record, the Court GRANTS the motion (dkt. # 71). Plaintiff's response brief shall not exceed 12,000 words. Defendants' reply brief shall not exceed 6,000 words. *See* Local Rules W.D. Wash. LCR 7(f)(4). The Court further notes that Defendants' motion for summary judgment was improperly filed as a 21-day motion. The Clerk is directed to renote the motion for summary judgment (dkt. # 69) for August 26, 2026 and to send copies of this Order to the parties and to the Honorable Jamal N. Whitehead.

Dated this 13th day of August, 2026.

MICHELLE L. PETERSON
United States Magistrate Judge